IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| Dawn J. Bradley,<br><br>              Plaintiff,<br><br>vs.<br><br>United Parcel Service, Inc.,<br><br>              Defendant. | Civil Action No. 3:15-cv-04734-CMC-KDW<br><br>**PLAINTIFF DAWN J. BRADLEY'S STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Dawn J. Bradley, with the consent of Defendant United Parcel Service, Inc. ("UPS"), stipulates that she is voluntarily dismissing each and every one of her claims in this action against UPS with prejudice. The parties have further agreed that each party is and shall be responsible for its respective costs and attorneys' fees.

WE SO STIPULATE:

s/Jessica S. Benson
Thomas Winslow (Fed. ID No. 09740)
tom@goldfinchwinslow.com
Jessica S. Benson (Fed. ID No. 10007)
jessica@goldfinchwinslow.com
GOLDFINCH WINSLOW, LLC
Post Office Box 829
Murrells Inlet, SC 29576

Attorneys for Plaintiff Dawn J. Bradley


June 28, 2017

Columbia, South Carolina

WE SO CONSENT:

s/Susan P. McWilliams
Susan P. McWilliams (Fed. ID No. 3351)
smcwilliams@nexsenpruet.com
Sara S. Svedberg (Fed. ID No. 11928)
ssvedberg@nexsenpruet.com
NEXSEN PRUET, LLC
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, South Carolina 29202

Glenn G. Patton (admitted pro hac vice)
glenn.patton@alston.com
Alexandra Garrison Barnett (admitted pro hac vice)
alex.barnett@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Tel: 404-881-7000
Fax: 404-881-7777


Attorneys for Defendants


June 28, 2017

Columbia, South Carolina